IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 5:20-MJ-5006-001 |
| ) | |
| Simon Saw-Teong Ang ) | |
| ) | |

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on May 29, 2020 for and in consideration of bond being set by the Court for defendant SIMON SAW-TEONG ANG (the "defendant") in the amount of $200,000 being partially secured by real property, SIMON SAW-TEONG ANG and CAIXIA FENG, (GRANTORS) hereby understand, warrant and agree:

1. SIMON SAW-TEONG ANG and CAIXIA FENG warrant they are the sole record owners and titleholders of the real property located at 3056 N Verona Lane, Fayetteville, Arkansas, and described legally as follows:

> Lot 39, Cobblestone Subdivision, Phase I, to the City of Fayetteville, Arkansas, as shown in Plat Record Book 23A at Page 363 on file in the Office of the Circuit Clerk and Ex-Officio Recorder of Washington County, Arkansas.

2. SIMON SAW-TEONG ANG and CAIXIA FENG warrant that there is no outstanding mortgage against the subject property and the equitable interest in the property is at least $117,000.

3. SIMON SAW-TEONG ANG and CAIXIA FENG have received a copy of the Court's Order Setting Conditions of Release and understand its terms and conditions.

4. SIMON SAW-TEONG ANG and CAIXIA FENG understand and agree that the defendant will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendant surrenders to serve his sentence; (b) defendant is taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendant in its entirety; or (d) judgment is entered in defendant's favor.

5. SIMON SAW-TEONG ANG and CAIXIA FENG agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the surety of all judicial proceedings in the case. SIMON SAW-TEONG ANG and CAIXIA FENG understand that modifications to the Court's Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, SIMON SAW-TEONG ANG and CAIXIA FENG waive any right to receive notice of judicial proceedings from the United States or the Court.

6. SIMON SAW-TEONG ANG and CAIXIA FENG understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. SIMON SAW-TEONG ANG and CAIXIA FENG agree that their equitable interest in the above-described real property shall be forfeited to the United States of America should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. SIMON SAW-TEONG ANG and CAIXIA FENG agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Western District of Arkansas, until further order of the Court.

9. SIMON SAW-TEONG ANG and CAIXIA FENG understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above- described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should the defendant fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. SIMON SAW-TEONG ANG and CAIXIA FENG understands and agrees that, should the defendant fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, SIMON SAW-TEONG ANG and CAIXIA FENG will be liable to pay the difference between the bond amount of $200,000 and their equitable interest in the subject property, and SIMON SAW-TEONG ANG and CAIXIA FENG hereby agrees to the entry of a default judgment against them for the amount of any such difference.

11. SIMON SAW-TEONG ANG and CAIXIA FENG agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish her interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. SIMON SAW-TEONG ANG and CAIXIA FENG understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury

13. SIMON SAW-TEONG ANG and CAIXIA FENG agree that the United States shall file and record a copy of this Forfeiture Agreement with the Washington County Recorder's Office as

notice of encumbrance in the amount of the bond.

14. SIMON SAW-TEONG ANG and CAIXIA FENG hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. SIMON SAW-TEONG ANG and CAIXIA FENG understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendant be revoked.

Date: 5/29/2020

Simon Saw-Teong Ang
Defendant/Grantor

Date: 5/29/2020

Caixia Feng
Grantor

Date: 5/29/20

Drew Ledbetter
Attorney for Simon Saw-Teong Ang